HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDER HINMAN
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Alexander_Hinman@fd.org

Attorney for Defendant
David F. Monroe

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID F. MONROE,<br><br>Defendant. | Case No. 2:19-PO-00150-DB<br><br>**STIPULATION AND ORDER TO RESET COLLATERAL AND RECALL THE ABSTRACT**<br><br>DATE: November 12, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. DEBORAH BARNES |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Christopher Hales, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Certified Law Clerk Alexander Hinman, counsel for David F. Monroe, **that the collateral amount be reset to a total payment of $150, *which has been satisfied*, and that the abstract issued on November 12, 2019, be recalled.**

The parties reset the total collateral amount to $150, on October 15, 2019 ($120 for the fine and $30 for processing fee), which David Monroe has paid as of December 1, 2019. An abstract was ordered on November 12, 2019 because David Monroe still had an outstanding balance of $50, which has now been satisfied.

Based on the foregoing, the parties agree that the collateral amount be set to $120 for the

///

fine, plus $30 for procressing fees, setting the total amount to $150. The parties further agree that that the abstract be recalled.

Respectfully submitted,

DATED: December 3, 2019                HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Alexander J Hinman*
                                        ALEXANDER J HINMAN
                                        Certified Law Clerk
                                        Federal Defender Office
                                        Attorney for David F. Monroe

DATED: December 3, 2019                McGREGOR W. SCOTT
                                        United States Attorney

                                        */s/ Christopher S. Hales*
                                        CHRISTOPHER S. HALES
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

                                        (*Approved via email 12/3/2019*)

## ORDER

IT IS HEREBY ORDERED, the Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the collateral amount is to be reset to a total $150, which has been satisfied by David Monroe. It is further ordered that the the abstract be lifted.

Dated:  December 4, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Stipulation and  Order to Reset Collateral and     -2-        U.S. v. David Monroe 2:19-PO-00150-DB
Recall the Abstract